IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LUIS MANUEL SALAZAR ESPINOZA                                            PLAINTIFF

      v.                      Civil No.  13-5251

JASON RENFROW, Detective,
Springdale Police Department                                            DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights case pursuant to 42 U.S.C. § 1983.  He proceeds *pro se*.

Plaintiff was in the Washington County Detention Center when he filed this case.  On November 6, 2013, mail was returned to this Court as undeliverable.  Plaintiff was no longer at the detention center.

Court staff obtained the home address Plaintiff had listed when he was booked into the detention center and a change of address (Doc. 6) was entered on his behalf.  On December 3, 2013, mail was returned to the Clerk as undeliverable.

Plaintiff has not provided the Court with his new address.  He has not filed anything with the Court since October 28, 2013.  No other address is available for the Plaintiff.

I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to prosecute this action and his failure to keep the Court apprised of his correct address.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of February 2014.

        /s/ *J. Marschewski*
        HON. JAMES R. MARSCHEWSKI
        CHIEF UNITED STATES MAGISTRATE JUDGE