```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

LUIS MANUEL SALAZAR ESPINOZA                                    PLAINTIFF

    v.            Civil No. 13-5251

JASON RENFROW, Detective,
Springdale Police Department                                    DEFENDANT

## O R D E R

Now on this 13th day of March, 2014, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**